THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTIN HAUSER, KIMBERLY LIND and APRIL WESTBERG, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEXIAN BROTHERS MEDICAL CENTER, d/b/a ALEXIAN BROTHERS HOME HEALTH, a Texas Non-profit Corporation, ALEXIAN BROTHERS HEALTH SYSTEM, an Illinois Non-profit Corporation, and ASCENSION HEALTH, a Missouri Non-profit Corporation,<br><br>  Defendants. | Case No. 1:15-cv-6462<br><br>Magistrate Judge Jeffrey Cole |

**ORDER GRANTING APPROVAL OF ATTORNEYS'
FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE PAYMENTS
TO NAMED PLAINTIFFS**

On April 6, 2017, the Court heard Plaintiffs' Unopposed Petition for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Payments to Named Plaintiffs (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiffs, as well as Plaintiffs' presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $333,333.33 in attorneys' fees.

2. Class Counsel are awarded reasonable expenses and anticipated settlement administration costs in the amount of $23,500.00.

3. The Court finds that Named Plaintiffs and Class Representatives Kristin Hauser, Kimberly Lind, and April Westberg, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and are therefore deserving of service awards in recognition of their efforts. A Service Award in the amount of $15,000.00 is therefore approved for each Named Plaintiff in addition to any pro rata share of the Settlement Fund to which they are entitled.

4. The foregoing awards shall be paid from the Gross Settlement Fund of $1,000,000.00.

IT IS SO ORDERED.

Dated: APRIL 6, 2017

_____
The Honorable Jeffrey Cole
United States Magistrate Judge